IN THE SUPREME COURT OF TEXAS

 No. 04-0888

 IN RE STATE NATIONAL INSURANCE COMPANY

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's motion for emergency stay, filed October 6, 2004, is
granted. The order dated July 6, 2004, in Cause No. 4827-A, styled Daniel
Arambula v. Ignacio Cepeda-Tovar, in the 49th District Court of Zapata
County, Texas, is stayed pending further order of this Court.

 Done at the City of Austin, this 11th day of October, 2004.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Nancy J. Vega, Chief Deputy Clerk